04,041-17

Mr. Jerry Hannah #1565362                                  Nov. 27, 2015
The Hughes Unit
Rt. 2 Box 4400
Gatesville, TX 76597


The Clerk Of Court
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711


Dear Clerk:

   I recently filed an 11.07 habeas corpus in the 174th District Court of
Harris County, and on Oct. 20, 2015, the judge ordered the Clerk of that court
to forward the findings and records to you for review by the CCA. I have had
no notification from you that you ever received those records, and would ask
that you notify me whether you have or not so that I may take appropriate action
if you have not received them.


Thank You for your help;


Jerry Hannah # 1565362

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk